**UNITED STATES of America,**
**Appellee,**

v.

**David Jerome TENSLEY,**
**Jr., Appellant.**

**No. 05–2312.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 7, 2006.

Decided: Sept. 18, 2006.

Richard D. Westphal, U.S. Attorney's Office, Davenport, IA, for Appellee.

Gary K. Koos, Koos Law Firm, Bettendorf, IA, for Appellant.

David Jerome Tensley, Jr., Terre Haute, IN, pro se.

---

**3.** The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

Before MURPHY, BYE, and MELLOY, Circuit Judges.

PER CURIAM.

After David Jerome Tensley, Jr. (Tensley) pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), and uttering counterfeit obligations, in violation of 18 U.S.C. §§ 472 and 2, the district court[1] imposed concurrent sentences—above the 63–to–78–month advisory Guidelines range—of 84 months in prison and 3 years of supervised release. His counsel has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court abused its discretion by sentencing Tensley to 84 months. In a pro se supplemental brief, Tensley argues that the court abused its discretion because its sentence is not justified under 18 U.S.C. § 3553(a); he also requests new counsel.

Reviewing the sentence for reasonableness, *see United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), we conclude that the district court did not abuse its discretion, *see United States v. Maurstad*, 454 F.3d 787, 789 (8th Cir.2006) (standard of review). The court appropriately, and explicitly, considered the unique circumstances of the felon-in-possession offense, Tensley's interactions with the criminal justice system, the need to adequately punish and rehabilitate him, and the need to deter him. *See* 18 U.S.C. § 3553(a)(1), (a)(2)(A)-(C); *United States v. Lyons*, 450 F.3d 834, 835–37 (8th Cir.2006) (upholding 93–month upward variance where court considered nature and circumstances of of-

fense, and need for just punishment and adequate deterrence).

After reviewing the record independently under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we deny Tensley's request for new counsel.

---

1. The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.